July 02, 2010

Mr. Steven S. Snelson
Gerstle Minissale & Snelson, LLP
One Meadows Building
5005 Greenville Avenue, Suite 200
Dallas, TX 75206

Mr. Alan R. Scheinthal
Scheinthal & Kouts LLP
4635 South Freeway, Suite 720
Houston, TX 77027
Honorable Douglas M. Robison
393rd District Court Judge
1450 E. McKinney St.
Denton, TX 76209

RE: Case Number: 09-1014
 Court of Appeals Number: 02-09-00106-CV
 Trial Court Number: 2007-60095-393

Style: IN RE PERVEZ DAREDIA

Dear Counsel:

 Today the Supreme Court of Texas issued an opinion in the above-
referenced cause. You may obtain a copy of the opinion at:
http://www.supreme.courts.state.tx.us/historical/recent.asp. If you would
like the opinion by email, please contact Claudia Jenks at
claudia.jenks@courts.state.tx.us or call (512)463-1312 ext. 41367.
(Justice Lehrmann not sitting)

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
|cc:|Ms. Debra Spisak |
| |Ms. Sherri |
| |Adelstein |